# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., LUPIN INC. and LUPIN ATLANTIS HOLDINGS S.A.<br><br>Defendants. | Civil Action No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | June 4, 2021 |
| Date of Expiration of the '627 Patent: | October 6, 2029; pending Patent Term Extension request, when certificate of extension issues, should extend to April 11, 2031 |
| Date of Expiration of the '697 Patent: | November 8, 2027 |
| Date of Expiration of the '952 Patent: | October 28, 2036 |
| Date of Expiration of the '058 Patent: | October 28, 2036 |
| Date of Expiration of the '103 Patent: | October 28, 2036 |
| Date of Expiration of the '104 Patent: | October 28, 2036 |
| Date of Expiration of the '137 Patent: | October 10, 2037 |

| | |
|---|---|
| Date of Expiration of the '148 Patent: | October 10, 2037 |
| Date of Expiration of the '648 Patent: | October 10, 2037 |
| Date of Expiration of the '902 Patent: | December 22, 2036 |
| Date of Expiration of the '903 Patent: | December 22, 2036 |
| Date of Expiration of the '771 Patent: | October 10, 2037 |
| Date of Expiration of the '892 Patent: | December 22, 2036 |
| Date of Expiration of the '141 Patent: | August 10, 2040 |
| Date of Expiration of the '997 Patent: | October 10, 2037 |
| Date of Expiration of the '941 Patent: | October 10, 2037 |
| Hatch-Waxman Regulatory Exclusivity Deadline: | October 11, 2024 |

*Of Counsel:*
James B. Monroe
Erin M. Sommers
Lauren J. Dowty
Jeanette M. Roorda
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

Dated: July 16, 2021

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiff Neurocrine Biosciences, Inc.*