IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC. )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>LUPIN LIMITED, LUPIN )<br>PHARMACEUTICALS, INC., LUPIN INC. )<br>and LUPIN ATLANTIS HOLDINGS S.A., et )<br>al. )<br> )<br>Defendants. ) | C.A. No. 21-1042-MN (consolidated) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Defendants in the above action must serve initial invalidity contentions and references cited therein is extended through and including September 7, 2022.

| ASHBY & GEDDES | DEVLIN LAW FIRM LLC |
|---|---|
| */s/ Steven J. Balick* | */s/ James M. Lennon* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Plaintiff Neurocrine Biosciences, Inc.* | James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., Lupin, Inc. and Lupin Atlantis Holdings S.A.* |

| | |
|---|---|
| SHAW KELLER LLP | BAYARD, P.A. |
| */s/ Karen E. Keller* | */s/ Stephen B. Brauerman* |
| Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com |
| *Attorneys for Teva Pharmaceuticals, Inc., Teva Pharmaceuticals Development, Inc., and Teva Pharmaceuticals USA, Inc.* | *Attorneys for Crystal Pharmaceutical (Suzhou) Co., Ltd. and Crystal Pharmatech Co., Ltd.* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Zydus Lifesciences Limited*

SO ORDERED this _____ day of _____, 2022.

_____
United States District Judge