IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUPIN LIMITED, LUPIN ) <br> PHARMACEUTICALS, INC., LUPIN INC. ) <br> and LUPIN ATLANTIS HOLDINGS S.A., et ) <br> al., ) <br> ) <br> Defendants. ) | C.A. No. 21-1042-MN (consolidated) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval and order of the Court, that certain deadlines are extended as reflected below. A number of the listed current deadlines are not changing and are included just for context, and as to any deadlines that are not expressly addressed herein, the existing case deadlines continue to govern without alteration.

| EVENT | Current Deadline | Proposed Deadline |
|---|---|---|
| All parties provide overlay files with agreed-upon metadata to the extent it exists | n/a | January 4, 2023 |
| Identification of Asserted Claims and Initial Infringement Contentions (for any additional patents or products) | n/a | January 10, 2023 |
| Initial Invalidity Contentions and Initial Non-Infringement Contentions (for '532 Patent) | n/a | February 6, 2023 |
| Joint Claim Construction Chart | Feb. 27, 2023 | February 27, 2023 |
| Motions to Join Other Parties and to Amend or Supplement the Pleadings | January 13, 2023 | March 10, 2023 |

| EVENT | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | Mar. 23, 2023 | March 23, 2023 |
| Defendants' Answering Claim Construction Brief | Apr. 20, 2023 | April 20, 2023 |
| Close of Fact Discovery | Jan. 20, 2023 | May 5, 2023 |
| Plaintiff's Reply Claim Construction Brief | May 10, 2023 | May 10, 2023 |
| Defendants' Sur-Reply Claim Construction Brief | May 26, 2023 | May 26, 2023 |
| Final Infringement (Plaintiff) Contentions and Invalidity (Defendants) Contentions (all patents); Supplementation pursuant to D.I. 22, ¶14 | Jan. 30, 2023 | May 31, 2023 |
| Joint Claim Construction Brief | June 2, 2023 | June 2, 2023 |
| Final Non-Infringement (Defendants') Contentions and Final Validity (Plaintiff) Contentions (all patents); Supplementation pursuant to D.I. 22, ¶14 | Feb. 20, 2023 | June 16, 2023 |
| Hearing on Claim Construction | June 23, 2023 | June 23, 2023 at 11:00 am |
| Opening Expert Reports | July 17, 2023 | July 17, 2023 |

Pursuant to D. Del. LR 16.4, counsel certify that: (a) they submit this request to allow the parties time to complete fact discovery efficiently, while maintaining the current schedules for Markman briefing and expert discovery; and (b) copies of this stipulation have been sent to their respective clients.

2

Dated: January 6, 2023

| | |
|---|---|
| ASHBY & GEDDES | DEVLIN LAW FIRM LLC |
| /s/ Steven J. Balick | /s/ James M. Lennon |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Plaintiff Neurocrine Biosciences, Inc.* | James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., Lupin, Inc. and Lupin Atlantis Holdings S.A.* |
| SHAW KELLER LLP | BAYARD, P.A. |
| /s/ Nathan R. Hoeschen | /s/ Stephen B. Brauerman |
| Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Teva Pharmaceuticals, Inc., Teva Pharmaceuticals Development, Inc., and Teva Pharmaceuticals USA, Inc.* | Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Crystal Pharmaceutical (Suzhou) Co., Ltd., Crystal Pharmatech Co., Ltd., and Sandoz, Inc.* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips. Jr.*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Zydus Lifesciences Limited*

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge