IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC.      )<br>                                                      )<br>        Plaintiff,             )<br>                                                       )<br>   v.                                      )<br>                                                     )<br>LUPIN LIMITED, LUPIN                    )<br>PHARMACEUTICALS, INC., LUPIN INC.  )<br>and LUPIN ATLANTIS HOLDINGS S.A., et )<br>al.,                                                       )<br>                                                     )<br>        Defendants.          ) | C.A. No. 21-1042-MN (consolidated) |

## STIPULATION AND ORDER

Pursuant to the Court's February 15, 2023 Oral Order (D.I. 145), the parties hereby stipulate and agree, subject to the approval and order of the Court, to the imposition of the deadlines set forth in the table below.

| Event | Due Date |
|---|---|
| Plaintiff narrows to no more than 100 asserted claims per Defendant[1] | February 10, 2023 (complete) (D.I. 144, Exhibit A) |
| Defendants collectively narrow obviousness defenses to no more than twelve asserted prior art references per asserted claim[2, 3] | March 21, 2023 |
| Plaintiff narrows to 30 asserted claims per Defendant | June 16, 2023 |

---

[1] These claims reflect the representative and represented claims that Plaintiff identified to each Defendant on February 10, 2023.

[2] Limiting prior art for obviousness does not limit Defendants' other invalidity defenses. Further, this narrowing of prior art references pertains only to those references that would be included in obviousness combinations and not background references or references which show the general knowledge of a person of skill in the art.

[3] Plaintiff reserves the right to seek that Defendants further narrow their obviousness defenses if they use the purported background or general knowledge references to expand the scope of their defenses.

| Event | Due Date |
|---|---|
| Defendants collectively narrow obviousness defenses to no more than eight asserted prior art references and no more than three prior art combinations per asserted claim | July 7, 2023 |

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff Neurocrine Biosciences, Inc.*

DEVLIN LAW FIRM LLC

/s/ James M. Lennon

James M. Lennon (#4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., Lupin, Inc. and Lupin Atlantis Holdings S.A.*

SHAW KELLER LLP

/s/ Nathan R. Hoeschen

Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Teva Pharmaceuticals, Inc., Teva Pharmaceuticals Development, Inc., and Teva Pharmaceuticals USA, Inc.*

BAYARD, P.A.

/s/ Stephen B. Brauerman

Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Crystal Pharmaceutical (Suzhou) Co., Ltd., Crystal Pharmatech Co., Ltd., and Sandoz, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Zydus Lifesciences Limited*

SO ORDERED this 21st day of February 2023.

_____
The Honorable Maryellen Noreika
United States District Judge