IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEUROCRINE BIOSCIENCES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1042-MN (consolidated) |
| | ) | |
| LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., LUPIN INC. and LUPIN ATLANTIS HOLDINGS S.A., et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED ORDER**

WHEREAS, the Court held a telephone conference with the parties on April 17, 2023 to address the parties' discovery dispute;

WHEREAS, the Court ordered the parties to meet and confer to further discuss, and a follow-up telephone conference was scheduled with the Court on April 21, 2023 at 2:00 p.m.;

WHEREAS, the parties are working in good faith to focus the dispute for the Court;

WHEREAS, the parties have conducted depositions of Plaintiff's witnesses this week and additional depositions will occur on April 21, 2023;

WHEREAS, the parties respectfully submit the currently scheduled follow-up telephone conference with the Court will be more beneficial if rescheduled to the week of April 24, 2023;

WHEREAS, if acceptable to the Court, the parties will further meet and confer to discuss on Monday, April 23, 2023;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the telephone conference scheduled for April 21, 2023 at 2:00 p.m. is postponed;

{01899770;v1 }

IT IS FURTHER ORDERED, that a discovery telephone conference to further address the parties' dispute is scheduled for April __, 2023 at _____.

| ASHBY & GEDDES | DEVLIN LAW FIRM LLC |
|---|---|
| /s/ Andrew C. Mayo | /s/ James M. Lennon |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiff Neurocrine Biosciences, Inc.* | James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., Lupin, Inc. and Lupin Atlantis Holdings S.A.* |
| BAYARD, P.A. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ Stephen B. Brauerman | /s/ David A. Bilson |
| Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Crystal Pharmaceutical (Suzhou) Co., Ltd., Crystal Pharmatech Co., Ltd., and Sandoz, Inc.* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br><br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Zydus Lifesciences Limited* |

SO ORDERED this _____ day of April, 2023.

_____
United States District Judge