# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUPIN LIMITED, and LUPIN ) <br> PHARMACEUTICALS, INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | C.A. No. 21-cv-01042-MN (consolidated) <br><br> C.A. No. 21-cv-01042-MN <br> C.A. No. 21-cv-01408-MN <br> C.A. No. 22-cv-00639-MN <br> C.A. No. 22-cv-01061-MN |

## STIPULATED DISMISSAL
(Lupin Limited, and Lupin Pharmaceuticals, Inc.)

Under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), by agreement between Plaintiff Neurocrine Biosciences, Inc. and Defendants Lupin Limited, and Lupin Pharmaceuticals, Inc., the Parties hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned actions (the "Actions") are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the Actions.

| ASHBY & GEDDES | DEVLIN LAW FIRM LLC |
|---|---|
| */s/ Andrew C. Mayo* | */s/ James M. Lennon* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com | James M. Lennon (#4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendants Lupin Limited, and Lupin Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiff Neurocrine Biosciences, Inc.* | |

**SO ORDERED** this 13th day of November 2023.

_____
The Honorable Maryellen Noreika
United States District Judge

2